IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANEWA TIARI-EL (1) ) | |
| LEANDRA SMITH (2) ) | |
| MALIK YESHER EL (3) ) | |
| DREW SHARREFF-EL (4) ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on its own motion to continue this matter from the June 5, 2007 criminal sentencing term in the Charlotte Division.

IT IS HEREBY ORDERED that sentencing is continued pending the Court's decision on the Motion for Acquittal.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: May 24, 2007

Graham C. Mullen
United States District Judge